UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| KARL B. NICHOLAS,<br><br>　　　　　Plaintiff,<br>　v.<br>CA DEPT OF SOCIAL SERVICES,<br><br>　　　　　Defendant.<br>_____/ | No. C 10-04569 LB<br><br>**ORDER DIRECTING PLAINTIFF TO FILE CONSENT/DECLINATION FORM** |

　　This civil case was randomly assigned to United States Magistrate Judge Laurel Beeler for all purposes including trial.  In accordance with 28 U.S.C. § 636(c), magistrate judges are designated to conduct any and all proceedings in a civil case, including trial and entry of final judgment, upon the consent of the parties.  An appeal from a judgment entered by Judge Beeler may be taken directly to the United States Court of Appeals for the Ninth Circuit in the same manner as an appeal from any other judgment of a district court.

　　Plaintiff has not filed a written consent to Judge Beeler's jurisdiction.  Plaintiff also has the right to have the case assigned to a United States District Judge for trial and disposition.  Accordingly, Plaintiff shall inform the Court whether Plaintiff consents to Judge Beeler's jurisdiction or requests reassignment to a United States District Judge.  The consent/declination form shall be filed by October 29, 2010.

**IT IS SO ORDERED.**

Dated: October 13, 2010

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　LAUREL BEELER
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

ORDER
C 10-04569

1
2
3
4
5
6
7
8           UNITED STATES DISTRICT COURT
9             Northern District of California
10                  Oakland Division
11  KARL B. NICHOLAS,                     No. C 10-04569 LB
12          Plaintiff,                    **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**
13      v.
14  CA DEPT OF SOCIAL SERVICES,
15          Defendant.
16  _____/
17          CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE
18      In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party hereby
19  consents to have a United States Magistrate Judge conduct any and all further proceedings in the
20  case, including trial and the entry of a final judgment. Appeal from the judgment shall be taken
21  directly to the United States Court of Appeals for the Ninth Circuit.
22
23  Dated: _____        _____
                                         Signature
24
                                         Counsel for _____
25                                       (Plaintiff, Defendant or indicate "pro se")
26
27
28

C 10-04569

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| KARL B. NICHOLAS, | No. C 10-04569 LB |
| Plaintiff, | **DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
| v. | |
| CA DEPT OF SOCIAL SERVICES, | |
| Defendant. | |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party declines to consent to the assignment of this case to a United States Magistrate Judge and requests the reassignment of this case to a United States District Judge.

Dated: _____     Signature_____

Counsel for _____
(Plaintiff, Defendant, or indicate "pro se")

C 10-04569